### In re DOBSON.

(District Court, N. D. Illinois, N. D.   December 1, 1899.)

#### No. 1,613.

BANKRUPTCY—LIENS—VOLUNTARY AND INVOLUNTARY CASES.
    Bankr. Act 1898, § 67f, providing that liens obtained through legal proceedings against an insolvent debtor, "at any time within four months prior to the filing of a petition in bankruptcy against him, shall be deemed null and void in case he is adjudged a bankrupt," is to be construed as applying to voluntary as well as involuntary cases, inasmuch as section 1a, cl. 1, declares that " 'a person against whom a petition has been filed' shall include a person who has filed a voluntary petition."

In Bankruptcy.   On demurrer of trustee in bankruptcy to petition of lien creditor.

William C. Gilbert, for bankrupt.
Gibson Hale, for creditor.

KOHLSAAT, District Judge.   The decision of the question at issue herein depends on the construction to be given to paragraph f of section 67 of the bankruptcy act.   I hold that this paragraph must be construed by means of the definitions set forth in section 1 of the act.   Paragraph a of section 1 states that "a person against whom a petition is filed" shall include a person who has filed a voluntary petition, and I therefore hold that paragraph f of section 67 includes both classes of petitions.   The demurrer of the trustee to the amended petition of Howard is accordingly sustained.